**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE PAPPAS, individually and On behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) AUTO CLUB INSURANCE ASSOCIATION, ) ) Defendant. ) | Case No. 1:20-cv-4205 Hon. Manish S. Shah |

## PLAINITFF'S MOTION TO REMAND

Plaintiff, George Pappas, individually and on behalf of all others similarly situated ("Pappas") hereby moves this Court, pursuant to 28 U.S.C. § 1447(c), for entry of an Order remanding this case to the Circuit Court of Cook County, Illinois. In support hereof, Pappas states as follows:

1. Defendant Auto Club Insurance Association ("ACIA") filed a Notice of Removal of this case on July 16, 2020. (Dkt. 1.)

2. The removed First Amended Complaint does not, on its face, allege damages in excess of the $5,000,000 jurisdictional minimum amount in controversy required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

3. ACIA has not and cannot establish through competent evidence specific facts demonstrating "to a reasonable probability" that CAFA jurisdiction exists for the claims alleged in the First Amended Complaint.

4. As such, the removal was improper, and this case should be remanded to state court.

5. Plaintiff has filed concurrently herewith a Memorandum in support of this motion.

6. The undersigned Counsel for Plaintiff has spoken by telephone with Attorney Nick Papastratakos, one of the Counsel for Defendant, and Plaintiff's Motion to Remand is a contested Motion. Plaintiff proposes the following briefing schedule on this Motion:

- Defendant to file a Response within twenty-eight (28) days; and

- Plaintiff to file a Reply within twenty-one (21) days thereafter.

7. Plaintiff also respectfully submits that ACIA's Motion to Dismiss (Dkt. 12; *see* Dkt. 10, 11) should be stayed and briefed, if necessary, only after the Court resolves this Motion to remand.

WHEREFORE, and for the reasons stated in Plaintiff's Memorandum In Support Of Its Motion To Remand, Plaintiff respectfully requests that this Court enter an Order remanding this case to the Circuit Court of Cook County, Illinois.

Dated: July 28, 2020

                                            Respectfully submitted,

                                            GEORGE PAPPAS, individually, and on behalf of all others similarly situated,

                                            By: /s/ *Jeffrey A. Berman*
                                                  One of their Attorneys

Brian J. Wanca
Jeffrey A. Berman
Patrick J. Solberg
Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
Email: bwanca@andersonwanca.com
Email: jberman@andersonwanca.com
Email: psolberg@andersonwanca.com

Counsel for the Plaintiff and the Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2020, I electronically filed the foregoing PLAINITFF'S MOTION TO REMAND with the Clerk of the Court by using CM/ECF system, which will send a notice of the electronic filing to counsel of record registered with that system.

                                                /s/ *Jeffrey A. Berman*